IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-721-AP**

IN RE:

**D.E. FREY GROUP, INC.,**

      Debtors.

**D.E. FREY GROUP, INC., a Delaware corporation**,

      Plaintiff/Appellee,

v.

**FAS HOLDINGS, INC., a Delaware corporation,**

      Defendant/Appellant.

## ORDER

Kane, J.

      Defendant/Appellant FAS Holding, Inc.'s Motion for Leave to Appeal (doc. #1), filed April 18, 2006, is DENIED. The court notes that in it's response in opposition Plaintiff/Appellee D.E. Frey Group, Inc. requests that FAS be directed to file its Answer within 10 days. When an answer shall be filed is a matter for the Bankruptcy Court to determine. Therefore, that request is denied without prejudice to raise the same issue with the Bankruptcy Court.

      Dated this 3th day of May, 2006.

                                                    BY THE COURT:

                                                  S/**John L. Kane**
                                                  Senior Judge, United States District Court

Dockets.Justia.com